[No. 63434-8-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN JEROME GATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00161-2, Larry E. McKeeman, J., entered April 8, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 63437-2-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN THOMAS BARBERI, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00325-6, Charles R. Snyder, J., entered April 30, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 63512-3-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A.S., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-8-00020-4, Richard J. Thorpe, J., entered April 28, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Ellington and Appelwick, JJ.

[No. 63529-8-I.   Division One.   May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEICK MOHAMED DIABATE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-11789-4, Regina S. Cahan, J., entered April 27, 2009. *Reversed* by unpublished per curiam opinion.